IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR154 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| PERCY EUGENE WEBSTER, | ) | DESTROYED |
| Defendant. | ) | |

Pursuant to NECrimR 55.1(g), plaintiff and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Numbers 3 -6 and 14-15 From Sentencing Hearing Held June 1 and 22, 2011

Defendant's Exhibit Numbers 101 and 102 From Sentencing Hearing Held Jun 1 and 22, 2011

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 18th day of April, 2012.

s/ Joseph F. Bataillon
United States District Judge